**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| PISTELLO, JACQUELINE A | ) | |
| | ) | CASE NO. 05 B 26010 |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    219 South Dearborn, Courtroom 719
    Chicago, Illinois 60604

    on: July 6, 2006
    at: 10:00 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                  $    105,018.54

    b. Disbursements                             $     96,657.10

    c. Net Cash Available for Distribution$      8,361.44

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 6,000.00 | $ |
| Trustee | $ 0.00 | $ | $ 124.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $6,293.24, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $35.55%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Target National Bank (f.k.a. Retailers National Ba TARGET | $ 702.40 | $ 249.73 |
| 3 | TruGreen ChemLawn | $ 135.90 | $ 48.32 |
| 4 | Citibank (USA) NA | $ 479.32 | $ 170.41 |
| 5 | CCSI | $ 392.00 | $ 139.37 |
| 6 | Kohl's Department Store | $ 265.10 | $ 94.25 |
| 7 | AT&T/Cingular Wireless | $ 1,258.97 | $ 447.60 |
| 8 | Recovery Management Systems Corporation For GE Money Bank | $ 532.37 | $ 189.27 |
| 9 | Recovery Management Systems Corporation For GE Money Bank | $ 2,527.18 | $ 898.49 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: May 26, 2006          For the Court,

                             By: KENNETH S GARDNER
                                 Kenneth S. Gardner
                                 Clerk of the United States Bankruptcy Court
                                 219 S. Dearborn Street, 7th Floor
                                 Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-26010   Doc 38   Filed 05/26/06   Entered 05/28/06 23:26:41   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2           Date Rcvd: May 26, 2006
Case: 05-26010                 Form ID: pdf002             Total Served: 46
```

The following entities were served by first class mail on May 28, 2006.
```
db          +Jacqueline A  Pistello,    10536 S Avenue G,    Chicago, IL 60617-6321
aty         +Allan G Sweig,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty         +James P Wognum,    Law Office of James P. Wognum,    122 S Michigan Ave.,    Suite 1290,
              Chicago, IL 60603-6259
aty         +John S. Wrona,    13333 S. Baltimore Ave.,    Chicago, IL 60633-1424
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
9529344      AMC Mortgage Services,    P.O. Box 5926,    Carol Stream, IL 60197-5926
9529345      AT&T Wireless,    P.O. Box 82220,    Aurora, IL 60572-8220
10487166    +AT&T/Cingular Wireless,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
10480482    +CCSI,    POB 10428,    Merrillvile, IN 46411-0428
9529347     +Children's Clinic Munster,    S. Daman Paul, M.D.,    8224 Calumet Avenue,    Munster, IN 46321-1704
9529348     +Citibank (South Dakota),    c/o Associated Recovery Systems,    201 W. Grand Avenue,
              Escondido, CA 92025-2603
10466557     Citibank (USA) NA,    POB 18249,    Columbus, OH 43218
9529349      Citibank USA - Sears,    c/o National Enterprise Systems,    29125 Solon Road,
              Solon, OH 44139-3442
9529350      Citicards Classic - Mastercard,    c/o Client Services Inc.,    3451 Harry Truman Bvld.,
              Saint Charles, MO 63301-4047
9529351     +City of Chicago,    Department of Water Management,    P.O. Box 6330,    Chicago, IL 60680-6330
9529352     +Cook County Treasurer,    118 North Clark Street,    Chicago, IL 60602-1590
9529354      D.J. Orthopedi,    c/o Vengroff William & Associates,    Irvine, CA 92623
9529355      Discover,    c/o Encore Receivable Manag., Inc.,    P.O. box 3330,    Olathe, KS 66063-3330
9529356      Fashion Services Corporation,    c/o Weltman, Weinberg & Reis Co.,    P.O. Box 93596,
              Cleveland, OH 44101-5596
9818935     +Fredric S Tatel DDS,    c/o Healthcare Collection Services,    700 Longwater Drive,
              Norwell MA 02061-1624
9529357     +GM Card,    c/o James A. West, P.C.,    11111 Harwin,    Houston, TX 77072-1612
9529358      Household Bank - Menards,    c/o EMCC Receivables LLC,    P.O. Box 5244,
              Carol Stream, IL 60197-5244
9529359      Illiana Financial,    1600 Huntington Drive,    Calumet City, IL 60409-5404
9529360      J.C. Penny Card,    P.O. Box 981133,    El Paso, TX 79998-1133
9529362     +Kohl's,    c/o CPS Security - Check Division,    P.O. Box 782408,    San Antonio, TX 78278-2408
9529361      Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
10482094    +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
9529363      Lake Imaging LLC,    c/o CCSA,    P.O. Box 10428,    Merrillville, IN 46411-0428
9529364     +Orthopedic Specialist,    c/o Abrams & Abrams,    75 East Wacker Drive, Suite 320,
              Chicago, IL 60601-3740
9529365      Pathology Associates of Chicago,    c/o Dependon Collection Service,    River Forest, IL 60305-6074
9529366     +Peoples Energy,    130 East Randolph Street,    Chicago, IL 60601-6302
9529367      Quest Diagnostics Incorporation,    c/o AMCA,    P.O. Box 1235,    Elmsford, NY 10523-0935
10501838    +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
10501839    +Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
9529368     +Schwartz Medical Corporation,    7550 Hohman,    Munster, IN 46321-1060
9529369      Sears Card,    P.O. Box 182149,    Columbus, OH 43218-2149
9529370      St. Margaret Mercy,    c/o Account Management Service,    P.O. Box 19617,
              Indianapolis, IN 46219-0617
9529371     +St. Margaret Mercy Healthcare,    c/o Account Management Service,    P.O. Box 19617,
              Indianapolis, IN 46219-0617
9529372      Sterks Foods,    c/o Telecheck,    P.O. Box 173795,    Denver, CO 80217-3795
9529373      Target National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
9812970     +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9529374      TruGreen ChemLawn,    P.O. Box 1099,    Crown Point, IN 46308-1099
9529375      URG United Retail Group,    c/o Client Services, Inc.,    3451 Harry Truman Blvd.,
              Saint Charles, MO 63301-4047
9529376      Wal-Mart,    c/o GE Money Bank,    P.O. Box 103104,    Atlanta, GA 30376
10726585     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480
```

The following entities were served by electronic transmission on May 26, 2006 and receipt of the transmission
was confirmed on:
```
9818934     +E-mail: mrdiscen@discoverfinancial.com May 26 2006 23:47:02     Discover,    POB 3008,
              New Albany OH 43054-3008
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Lois West
br           Luis Martinez,    Maximum Realty Group
9529346*     AT&T Wireless,    P.O. Box 82220,    Aurora, IL 60572-8220
9529353*    +Cook County Treasurer,    118 North Clark Street,    Chicago, IL 60602-1590
                                                                                              TOTALS: 2, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: May 26, 2006
Case: 05-26010                Form ID: pdf002          Total Served: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 28, 2006**                    **Signature:**    /s/ Joseph Speetjens